IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Omil Cotto,<br><br>          Petitioner,<br><br>v.<br><br>J. Grunther,<br><br>          Respondent. | No. CV-23-01979-PHX-DJH<br><br>**ORDER** |

        Before the Court is Petitioner Omil Cotto's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus (Doc. 1), and the July 3, 2024, Report and Recommendation ("R&R") of Magistrate Judge Alison S. Bachus (Doc. 10).  In her R&R, Judge Bachus recommends the Petition be denied and dismissed with prejudice.  (*Id.*)  Judge Bachus advised the parties that they had fourteen (14) days to file any objections to the factual or legal conclusions in her R&R.  (Doc. 10 at 9).  Neither party has filed objections.  Absent any objections, the Court is not required to review the findings and recommendations in the R&R.  *See Thomas v. Arn*, 474 U.S. 140, 149 (1989) (noting that the relevant provision of the Federal Magistrates Act, 28 U.S.C. § 636(b)(1), "does not on its face require any review at all . . . of any issue that is not the subject of an objection."); *Reyna-Tapia,* 328 F.3d at 1121 (same); Fed.R.Civ.P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to.").

        Nonetheless, the Court has reviewed Judge Bachus's well-reasoned R&R and agrees with its findings and recommendations.  The Court will, therefore, accept the R&R

and dismiss the Petition. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."); Fed.R.Civ.P. 72(b)(3) (same).

Accordingly,

**IT IS ORDERED** that Magistrate Judge Bachus's R&R (Doc. 10) is **accepted** and **adopted** as the order of this Court.

**IT IS FURTHER ORDERED** that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) is **denied** and **dismissed with prejudice** and Petitioner's request for an evidentiary hearing is **denied**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall terminate this action and enter judgment accordingly.

Dated this 10th day of September, 2024.

Honorable Diane J. Humetewa
United States District Judge